June 24, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

KIM-HUONG T. HUNYHG, Appellant

NO. 14-14-00418-CV                              V.

HOUTEX CITY ALLSTAR REALTY, LLC D/B/A RE/MAX MEMORIAL
REALTY AND PETER B. MERRITT, LLC, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on March 3, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.